

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN WASHINGTON AND BEFORE THE USPTO

**Via First Class Mail**
DMCA Complaints
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066

November 10, 2021

Re: Copyright Claim of allegation of contributory copyright infringement on websites registered or affiliated with Youtube

Dear Sir or Madam:

<u>A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Joshua Lee authorized to act on behalf of owner <u>American Cinema Inspires, Inc.</u>

/Joshua Lee/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

Infringements of the motion picture **Finding Love in Mountain View** at the website:

- https://www.youtube.com/watch?v=7_AySuCsbIg

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Youtube to locate the material.</u>

(1) streams and copies of the motion picture **Finding Love in Mountain View** distributed at following web domain:

| Website |
|---|
| https://www.youtube.com/watch?v=7_AySuCsbIg |

(2) screenshots provided below

<u>Information reasonably sufficient to permit Youtube to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>American Cinema Inspires, Inc.,</u> of an exclusive right that is allegedly infringed.

Page 3

Sincerely,

Joshua Lee

## Screenshots

https://www.youtube.com/watch?v=7_AySuCsbIg



Page 4



Page 5

